ANTONIO ROMEO, Respondent, *v.* THE CITY OF YONKERS et al., Respondents, and GAETANO CHIANGONE et al., Appellants.

*Romeo* v. *City of Yonkers,* 126 App. Div. 402, affirmed.
(Submitted October 14, 1909; decided October 29, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 19, 1908, which affirmed a judgment in favor of plaintiff and defendants, respondents, entered upon the report of a referee in an action to foreclose a mechanic's lien.

*Adrian M. Potter* for appellants.

*William J. Wallin, Henry J. Rowan* and *James F. Dalton* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.